The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER HOPPER, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:23-cv-01523 JHC<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

The parties submit this Stipulated Motion and [Proposed] Order to extend the time for Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon") to move to dismiss or otherwise respond to Plaintiffs' Amended Complaint. The parties state as follows:

1. On October 24, 2023, Plaintiff filed his Amended Complaint. ECF No. 7. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the current deadline to move to dismiss or otherwise respond is November 14, 2023.

2. Plaintiff's counsel has informed Amazon that they intend to file a motion seeking to consolidate the above-captioned case with another case before this Court, *Hogan et al. v. Amazon.com, Inc.*, No. 2:21-cv-00996, in or about the week of November 13, 2023. Should the Court grant Plaintiff's anticipated motion, a separate response to the Amended Complaint in this action will become unnecessary; should it deny the relief Plaintiff seeks, the parties agree that

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
AMENDED COMPLAINT (No. 2:23-cv-01523 JHC) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

they would meet and confer in good faith to agree upon a schedule for Amazon's motion or other response to the Amended Complaint.

3. In light of Plaintiff's' anticipated motion, the parties stipulate and agree that the deadline to move to dismiss or otherwise respond to the Amended Complaint, in the event one is required, is stayed until 21 days after the Court resolves Plaintiff's anticipated motion to consolidate.

4. The parties request that the Court enter this stipulation as an Order.

DATED this 13th day of November, 2023.

        Cotchett, Pitre, McCarthy LLP

        By /s/ *Karin Bornstein Swope*
           Karin Bornstein Swope
           999 Northlake Way Suite 251
           Seattle, WA 98103
           Telephone: 206.778.2123
           Fax: 650.697-0577
           Email: kswope@cpmlegal.com

        Attorneys for Plaintiff

        Davis Wright Tremaine LLP

        By /s/ *John A. Goldmark*
           John A. Goldmark, WSBA #40980
           MaryAnn T. Almeida, WSBA #49086
           920 Fifth Avenue, Suite 3300
           Seattle, WA 98104-1610
           Telephone: 206.622.1350
           Fax: 206.757.7700
           Email: johngoldmark@dwt.com
           Email: maryannalmeida@dwt.com

        Attorneys for Defendants

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
AMENDED COMPLAINT (No. 2:23-cv-01523 JHC) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED:

_____
Honorable John H. Chun
United States District Judge

Dated: November 14, 2023

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
AMENDED COMPLAINT (No. 2:23-cv-01523 JHC) – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax